United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES,

        Plaintiff(s),

   v.

NOTLOB INC,

        Defendant(s).
_____/

No. C-12-02745 (DMR)

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for September 5, 2012 has been CONTINUED to **October 17, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **October 10, 2012.**  Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

IT IS SO ORDERED.

Dated: August 31, 2012

_____
DONNA M. RYU
United States Magistrate Judge