UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>NOTLOB INC,<br><br>　　　　Defendant(s).<br>_____/ | No. C-12-02745 (DMR)<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　The Initial Case Management Conference previously scheduled for September 5, 2012 has been CONTINUED to **October 17, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **October 10, 2012.**  Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

　　IT IS SO ORDERED.

Dated: August 31, 2012

_____
DONNA M. RYU
United States Magistrate Judge